Law Offices

### Suslovich & Klein LLP

Chase Manhattan Building

1507 Avenue M

Brooklyn, New York  11230-5214

JACOB F. SUSLOVICH  
SIMON KLEIN

TELEPHONE   718-382-5700  
TELEFAX   718-382-5796

<u>By UPS</u>   February 15, 2019  
BRONSTER LLP  
Attention: Sean K. Monahan, Esq.  
156 W. 56th Street  
New York, New York 10019  
Phone: (212) 558-9300  
Email: smonahan@bronsterllp.com

      Re:    CIT Bank, N.A. v. Zisman, et. al.  
              <u>Docket Number: 17-cv-02126 (CBA)</u>

Dear Mr. Monahan:

As you know, we represent Defendant, Sharon Zisman and Berel Zisman. Enclosed is a complete copy of Defendants' cross-motion for summary judgment.

           Very truly yours,

           *Mark M. Kranz*

           Mark M. Kranz