UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CIT BANK, N.A.,

                      Plaintiff,

    v.

SHARON ZISMAN, BEREL ZISMAN,
NEW YORK CITY DEPARTMENT OF
FINANCE, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT

17-CV-02126 (CBA) (RER)

        A Memorandum and Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on April 8, 2020, granting the Zismans' motion for summary judgment; denying CIT's motion for summary judgment; dismissing as abandoned those affirmative defenses on which the Zismans have failed to move or otherwise defend; denying CIT's motion for summary judgment on and to strike those defenses as moot; and granting the Zismans' counterclaim to be awarded attorneys' fees in connection with this federal action; it is

        ORDERED and ADJUDGED that the Zismans' motion for summary judgment is granted; that CIT's motion for summary judgment is denied; that the Court dismisses as abandoned those affirmative defenses on which the Zismans have failed to move or otherwise defend, and denies CIT's motion for summary judgment on and to strike those defenses as moot; that Court dismisses as abandoned those affirmative defenses on which the Zismans have failed to move or otherwise defend, and denies CIT's motion for summary judgment on and to strike those defenses as moot; and that pursuant to Federal Rule of Civil Procedure 54(d), the Zismans may submit a motion which documents the amount of attorneys' fees they believe they are entitled to, with accompanying and contemporaneous time records, no later than 14 days after the entry

of judgment.

Dated: Brooklyn, New York  
April 9, 2020

Douglas C. Palmer  
Clerk of Court

By:  /s/Jalitza Poveda  
Deputy Clerk