Law Offices

## Suslovich & Klein LLP

Chase Manhattan Building

1507 Avenue M

Brooklyn, New York 11230-5214

JACOB F. SUSLOVICH  
SIMON KLEIN

TELEPHONE 718-382-5700  
TELEFAX 718-382-5796

March 19, 2021

HONORABLE CAROL BAGLEY AMON  
United States District Court Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    CIT Bank, N.A. v. Zisman, et. al.  
               Docket Number: 17-cv-02126 (CBA)

Dear Judge Amon:

This firm represents Defendants, Sharon Zisman and Berel Zisman, in this residential foreclosure action. I learned today that, unfortunately, my client, Defendant, Berel Zisman, passed away last week on March 12, 2021. Although I requested a copy of his death certificate from the decedent's family, I have not yet received it. It is my understanding that the death of a party automatically stays the proceedings until the decedent is substituted. Am. Airlines Fed. Credit Union v. Costello, 161 A.D.3d 819, 820, 77 N.Y.S.3d 427, 429 (2nd Dep't 2018)("As a general matter, "the death of a party divests a court of jurisdiction to act, and automatically stays proceedings in the action pending the substitution of a legal representative for that decedent pursuant to CPLR 1015(a)"")(citations omitted).

By reason of the above, it is respectfully requested that the Court notify the parties as to whether or not the court conference scheduled for this coming Monday (3-22) at 2:00 p.m. will proceed as scheduled.

                                                             Respectfully submitted,  
                                                             *Mark M. Kranz*  
                                                             Mark M. Kranz

Copy via ECF to

BRONSTER LLP  
Attention: Sean Monahan, Esq.  
Attorneys for the Plaintiff, CIT Bank, N.A.