UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------- x

CIT BANK, N.A.,

               Plaintiff,

vs.

SHARON ZISMAN, BEREL ZISMAN, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

               Defendant(s).

---------------------------------- x

Case No.: 1:17-cv-02126-CBA

**CERTIFICATION OF SERVICE**

STATE OF NEW YORK   )
                       : ss.:
COUNTY OF NEW YORK )

Brittiny Soriano, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and is employed by Bronster LLP, 156 West 56th Street, NY, NY 10019, attorneys for Plaintiff herein.

2. On April 26, 2021 I served copies of the **Plaintiff's Memorandum of Law in Reply to Defendant's Memorandum of Law in Opposition to Plaintiff's Rule 60(B) Motion** in the above captioned proceeding by regular first class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below:

Mark Kranz
Suslovich & Klein LLP
*Attorneys for Defendants Berel Zisman and Sharon Zisman*
1707 Avenue M
Brooklyn, NY 11230

                                                                  _____
                                                                   Brittiny Soriano

Sworn to me on this
26TH day of April, 2021

_____
Notary Public

MICHAEL J. ZACHARIAS
Notary Public, State of New York
No.: 02ZA6334746
Qualified in Queens County
Commission Expires December 21, 2023

305045.129                                1